**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **LARRY MONTZ; DAENA SMOLLER**, | No. 08-56954 |
| Plaintiffs - Appellants, | D.C. No. 2:06-cv-07174-FMC-MAN |
| v. | |
| **PILGRIM FILMS & TELEVISION, INC.; NBC UNIVERSAL, INC.; CRAIG PILIGIAN; JASON CONRAD HAWES; UNIVERSAL TELEVISION NETWORKS**, | ORDER |
| Defendants - Appellees. | |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.